DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 169P13 | Kristin Berrier, individually and in her capacity as Administrator of the Estate of Jacob Alexander Berrier, deceased, and Justin Berrier, in his capacity as Administrator of the Estate of Jacob Alexander Berrier, deceased v. Carefusion 203, Inc., Carefusion Corporation, Lincare, Inc. d/b/a Pediatric Specialists, Lincare Holdings, Inc. d/b/a Pediatric Specialists, Jonmark Mayes, Shelley R. Boyd, Masimo Corporation, Masimo Americas, Inc., and Quality Medical Rentals, Co. | 1. Plt's PWC to Review Order of COA (COA13-251)<br><br>2. Plt's Motion to Dissolve Stay | 1. Denied **04/18/13**<br><br>2. Denied **04/18/13** |
|---|---|---|---|
| 171P13 | State v. Earl Jackson Barts | Def's *Pro Se* Motion for Appropriate Relief (COAP13-190) | Dismissed |
| 172A13 | David B. Wind v. The City of Gastonia, North Carolina, a Municipal Corporation | 1. N.C. Association of Chiefs of Police's Motion for Leave to File *Amicus* Brief<br><br>2. N.C. Association of Chiefs of Police's Motion for Extension of Time to File *Amicus* Brief | 1. Allowed **05/20/13**<br><br>2. Allowed **05/20/13** |
| 174P13 | State v. Antoine Jamel Martin | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Scotland County<br><br>2. Def's *Pro Se* Motion for Appropriate Relief<br><br>3. Def's *Pro Se* Motion for NOA<br><br>4. Def's *Pro Se* Motion for Petition to Amend an Application for *Writ of Habeas Corpus*<br><br>5. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Dismissed **4/24/13**<br><br>2. Dismissed **4/24/13**<br><br>3. Dismissed *Ex Mero Motu* **4/24/13**<br><br>4. Allowed **4/24/13**<br><br>5. Denied **4/24/13** |